**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **William H. Allen, Jr.,** | § § | |
| **Plaintiff,** | § § | **Civil Action No.:** |
| vs. | § § § | **1:08cv1427-LG-RHW** |
| **Michael J. Astrue,** | § | |
| **Commissioner of Social Security,** | § § | |
| **Defendant.** | § | |

**Order Reversing Decision and Remanding
Case Under Sentence Four of 42 U.S.C. § 405(g)**

By virtue of this Court's power to enter an order and judgment affirming, modifying, or reversing the Commissioner's decision with a remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), the Commissioner's unopposed request to remand this matter for further administrative proceedings is hereby allowed and granted.

The Court further orders that upon remand this matter will be returned to the administrative law judge (ALJ) with instructions that she address the inconsistencies between her April 18, 2008, hearing decision and the Commissioner's subsequent determination finding plaintiff to be disabled.

Accordingly, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands this matter to the Commissioner for further proceedings as set

out above.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

So ordered on this, the 2nd day of June, 2009.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE
